**No. 45133.**—Protest 961594–G of D. N. & E. Walter & Co. (Los Angeles).

Opinion by KINCHELOE, J.   In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93) the claim at 90 percent under paragraph 1529 (a) was sustained.

**No. 45134.**—Protests 971426–G, etc., of M. Pressner & Co. et al. (New York).

Opinion by DALLINGER, J.   It was stipulated that the dime savings banks in question are similar in all material respects to those the subject of Abstract 42749. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 45135.**—Protests 998361–G, etc., of A. W. Fenton Co. et al. (New York).

Opinion by DALLINGER, J.   As no evidence was offered in support of the claims made and as an examination of the papers in each instance disclosed no reason for disturbing the collector's action the protests were overruled.

**No. 45136.**—Protest 41599–K of Consolidated Sewing Machine & Supply Co. (New York).

Opinion by DALLINGER, J.   No proof having been offered in support of the claims made and an examination of the papers disclosing no reason for disturbing the collector's action the protest was dismissed following the authorities cited in Abstract 15400.

BEFORE THE THIRD DIVISION, JANUARY 8, 1941

**No. 45137.**—Petitions 6006–R, etc., of H. Yamanaka & Co., Ltd., et al.   (Honolulu).

Opinion by EVANS, J.   In this case evidence was introduced which showed that the importers filed entry at the invoice values at the time of importation of the goods and later filed an amended entry, which was timely.   Both the assistant collector and the collector accepted the amendment but the comptroller refused to verify the amended entry because the estimated increased duties resulting from said amendment had not been paid at the time of filing the amendment.   It was apparent that the collector's office followed its usual practice at the time, and that also at that time there had been very few amendments to entries at the port of Honolulu, so there was no established practice as to the requirements of a deposit . of additional duties under such circumstances.   On the record presented it was found that the importers were without intent to deceive the Government officials or defraud the revenue and that they acted in good faith.   The petitions were therefore granted.